# EXHIBIT B

https://www.prattbeachproperties.com/
https://static.wixstatic.com/media/fd02a5_2e984c9badc7453f9b387256fed231f6~mv2.jpeg/v1/crop/x_0,y_66,w_1024,h_446/fill/w_1024,h_446,al_c,q_85,enc_auto/MBIMAAGE.jpeg





**B.**
https://www.prattbeachproperties.com/services-5
https://static.wixstatic.com/media/fd02a5_2e984c9badc7453f9b387256fed231f6~mv2.jpeg/v1/crop/x_0,y_66,w_1024,h_446/fill/w_1024,h_446,al_c,q_85,enc_auto/MBIMAAGE.jpeg





C.
https://www.prattbeachproperties.com/testimonials
https://static.wixstatic.com/media/fd02a5_2e984c9badc7453f9b387256fed231f6~mv2.jpeg/v1/crop/x_0,y_66,w_1024,h_446/fill/w_1024,h_446,al_c,q_85,enc_auto/MBIMAAGE.jpeg





**D.**
https://www.prattbeachproperties.com/past-sales
https://static.wixstatic.com/media/fd02a5_2e984c9badc7453f9b387256fed231f6~mv2.jpeg/v1/crop/x_0,y_66,w_1024,h_446/fill/w_1024,h_446,al_c,q_85,enc_auto/MBIMAAGE.jpeg





**E.**
https://www.prattbeachproperties.com/contact-5
https://static.wixstatic.com/media/fd02a5_2e984c9badc7453f9b387256fed231f6~mv2.jpeg/v1/crop/x_0,y_66,w_1024,h_446/fill/w_1024,h_446,al_c,q_85,enc_auto/MBIMAAGE.jpeg





**F.**
https://www.prattbeachproperties.com/active-listings

https://static.wixstatic.com/media/fd02a5_2e984c9badc7453f9b387256fed231f6~mv2.jpeg/v1/crop/x_0,y_66,w_1024,h_446/fill/w_1024,h_446,al_c,q_85,enc_auto/MBIMAAGE.jpeg



