

(https://strandhill.com)

OUR STORY (HTTPS://STRANDHILL.COM/OUR-STORY/)   PROPERTIES (HTTPS://STRANDHILL.COM/OUR-LISTINGS/)
GLOBAL REACH (HTTPS://STRANDHILL.COM/GLOBAL-REACH/)
LIST WITH US (HTTPS://STRANDHILL.COM/LIST-WITH-US/)
NEIGHBORHOODS (HTTPS://STRANDHILL.COM/NEIGHBORHOODS/)
OUR TEAM (HTTPS://STRANDHILL.COM/OUR-TEAM/)   NEWS (HTTPS://STRANDHILL.COM/NEWS/)
CONTACT US (HTTPS://STRANDHILL.COM/CONTACT-US/)

310.545.0707 (tel:+1.310.545.0707)

Menu

# SEARCH PROPERTIES

We make it easy to find your dream home. Simply enter your search credentials to browse available listings, then contact a Strand Hill agent to schedule a showing. We'll be happy to answer any questions you have and help you through the home buying process.

Start Your Search Today!



ACTIVE    VIRTUAL TOUR (HTTPS://VIMEO.COM/1024074760?SHARE=COPY)

4 Beds   5 Baths   2829 Sq.Ft. (https://strandhill.com/homes-for-sale-details/304-THE-STRAND-MANHATTAN-BEACH-CA-90266/SB24040207/306/)

$15,750,000

304 THE STRAND MANHATTAN BEACH, CA 90266 (HTTPS://STRANDHILL.COM/HOMES-FOR-SALE-DETAILS/304-THE-STRAND-MANHATTAN-BEACH-CA-90266/SB24040207/306/)

ACTIVE

4 Beds   2 Baths   1296 Sq.Ft. (https://strandhill.com/homes-f

$2,375,000

Privacy - Terms



(https://strandhill.com)

- OUR STORY (HTTPS://STRANDHILL.COM/)
- GLOBAL REACH (HTTPS://STRANDHILL.COM/GLOBAL-REACH/)
- LIST WITH US (HTTPS://STRANDHILL.COM/LIST-WITH-US/)
- NEIGHBORHOODS (HTTPS://STRANDHILL.COM/NEIGHBORHOODS/)
- OUR TEAM (HTTPS://STRANDHILL.COM/OUR-TEAM/)
- ACTIVE (HTTPS://STRANDHILL.COM/NEWS/)
- CONTACT US (HTTPS://STRANDHILL.COM/CONTACT-US/)

📞 310.545.0707 (tel:+1.310.545.0707)

### 3910 LAUREL AVENUE MANHATTAN BEACH, CA 90266 (HTTPS://STRANDHILL.COM/HOMES-FOR-SALE-DETAILS/3910-LAUREL-AVENUE-MANHATTAN-BEACH-CA-90266/SB24207009/306/)

VIRTUAL TOUR (HTTP://WWW.SEETHEPROPERTY.COM/U/454319)

$9,880,000

6 Beds  8 Baths  8610 Sq Ft

https://strandhill.com/homes-for-

Mapbox (https://www.mapbox.com/about/maps/)
OpenStreetMap (https://www.openstreetmap.org/about/)

Based on information from CSMAR, CRMLS, and/or CLAW, and/or CRISNet MLS as of December 27, 2024 1:59 AM PT. The information being provided by CSMAR, CRMLS and/or CLAW and/or CRISNet MLS is for the visitor's personal, non-commercial use and may not be used for any purpose other than to identify prospective properties the visitor may be interested in purchasing. Any information relating to a property referenced on this website comes from the Internet Data Exchange ('IDX') program of CSMAR, CRMLS and/or CLAW, and/or CRISNet MLS. This website may reference real estate listing(s) held by a brokerage firm other than the broker and/or agent who owns this website. Any information relating to a property, regardless of source, including but not limited to square footage and lot sizes, is deemed reliable but not guaranteed and should be personally verified through personal inspection by and/or with the appropriate professionals. The data contained herein is copyrighted by CSMAR, CRMLS and/or CLAW, and/or CRISNet MLS and is protected by all applicable copyright laws. Any dissemination of this information is in violation of copyright laws and is strictly prohibited. *IDX powered by iHomefinder, Inc.*

December 27, 2024 1:59 AM PT

Real Estate IDX (http://www.ihomefinder.com) Powered by iHomefinder





[https://strandhill.com](https://strandhill.com)

OUR STORY (HTTPS://STRANDHILL.COM/OUR-STORY/)   PROPERTIES (HTTPS://STRANDHILL.COM/IDX-LISTINGS/)
GLOBAL REACH (HTTPS://STRANDHILL.COM/GLOBAL-REACH/)
LIST WITH US (HTTPS://STRANDHILL.COM/LIST-WITH-US/)
NEIGHBORHOODS (HTTPS://STRANDHILL.COM/NEIGHBORHOODS/)
OUR TEAM (HTTPS://STRANDHILL.COM/OUR-TEAM/)   NEWS (HTTPS://STRANDHILL.COM/NEWS/)
CONTACT US (HTTPS://STRANDHILL.COM/CONTACT-US/)

# CONTACT

## GET IN TOUCH.

☰ Menu

📞 310.545.0707 (tel:+1.310.545.0707)

1131 Morningside Drive
Manhattan Beach, CA 90266

First Name         Last Name

CalDRE# 01968431

Phone              Email

**Phone:** 310.545.0707 (tel:+1.310.545.0707)

Message            SUBMIT

**Fax:** 310.545.0771 (tel:+1.310.545.0771)

Strand Hill deems information reliable but not guaranteed. Strand Hill fully supports the principles of the Fair Housing Act (Title VIII of the Civil Rights Act of 1968), which generally prohibits discrimination in the sale, rental, and financing of dwellings, and in other housing-related transactions, based on race, color, national origin, religion, sex, familial status, and handicap (disability).

Strand Hill is committed to providing an accessible website. If you have difficulty accessing content, have difficulty viewing a file on the website, or notice any accessibility problems, please contact us at marketing@strandhill.com (mailto:marketing@strandhill.com) or 310.545.0707 (tel:+1.310.545.0707) to specify the nature of the accessibility issue and any assistive technology you use. We strive to provide the content you need in the format you require.

All information subject to change. All imagery is representational and does not depict specific building, views or future architectural, community or amenity details. All services, pricing, square footage and bed/bath counts subject to change. Not an offer or solicitation to sell real property.

Strand Hill is an exclusive member of Forbes Global Properties. Forbes® is a registered trademark used under license.

STRAND HILL CalDRE# 01968431 | Copyright © 2024. STRAND HILL All rights reserved. | Careers (/careers/) | Cookie Policy (/cookie-policy/) | Terms of Use (/terms-privacy/) | Privacy Policy (/privacy-policy/) | Sitemap (/sitemap/) | Agent Login (http://marc.strandhill.com/) | Real Estate Website Design by **Agent Image (http://agentimage.com/)**

f (https://www.facebook.com/strandhillproperties/)
(https://www.instagram.com/strandhillproperties/)
in (https://www.linkedin.com/company/strandhillchristies/)

